**Sara L. Gabin**, OSB #81234
Internet E-mail address: slgabin@pacifier.com
Sara L. Gabin, P.C., Attorney at Law
4500 SW Kruse Way, Suite 100
Lake Oswego, Oregon, OR 97035-8651
Telephone: 503.620.3171
Fax: 503.620.3365
Attorney(s) for: Ruby D. McCrorey

FILED'09 MAY 06 15:30USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

RUBY D. McCROREY,

            Plaintiff,

V.

MICHAEL J. ASTRUE
Commissioner, Social Security Administration,

            Defendant.

Case No. 08-702-HU

ORDER AUTHORIZING EQUAL ACCESS TO JUSTICE (EAJA) FEES

      Based on the parties stipulation, it is hereby ORDERED that attorney fees of $3,935.08 are awarded to plaintiff (McCrorey) under the Equal Access to Justice Act, 28 U.S.C. 2412, payable directly to her attorney, SARA L. GABIN, Attorney at Law, and mailed to 4500 SW Kruse Way, Suite 100, Lake Oswego, Oregon 97035.

      DATED this __6__ day of __May__, 2009.

                            _Malcolm F. Marsh_
                            UNITED STATES DISRCTIC COURT JUDGE

ORDER AUTHORIZING EQUAL ACCESS TO JUSTICE (EAJA) FEES          **Page 1**

Submitted by:

/s/ SARA L. GABIN
SARA L. GABIN, OSB#81234
Attorney for Plaintiff

Approved by:

/s/ TERRYE SHEA
TERRYE SHEA
Special Assistant United States Attorney